IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERMA LEE ELLIS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DAVOL, INC., et al., )<br>)<br>   Defendants. ) | Case No. 07-CV-2569 CM/DJW |

## ORDER STAYING ALL PROCEEDINGS

Having considered Defendants' Consent Motion for Stay of Proceedings Pending Transfer to Federal MDL (doc. 4), said motion is **GRANTED,** and it is hereby **ORDERED** that all requirements, deadlines (including responsive pleading deadlines), and further proceedings in this action before this Court are stayed pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island.

**IT IS SO ORDERED.**

Dated this 8th day of February, 2008.

                 s/ David J. Waxse
                 David J. Waxse
                 U.S. Magistrate Judge